IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. CIVIL ACTION NO. 4:26-CV-00908

$4,737,194.61 U.S. CURRENCY DEFENDANT PROPERTY

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

The United States of America, by and through its United States Attorney and the undersigned Assistant U.S. Attorney for the Eastern District of Texas, brings this Verified Complaint for Forfeiture *in rem,* in accordance with Rule G(2) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions ("the Supplemental Rules") and the Federal Rules of Civil Procedure, and alleges as follows:

**NATURE OF THE ACTION**

1. This is an action by the United States seeking forfeiture of personal property—the "Defendant Property" described below—which constitutes the proceeds of an extensive and ongoing healthcare fraud scheme involving losses of at least $17.9 million. The Defendant Property was seized from four bank accounts held in the name of Texas Clinical Laboratory, LLC ("TCL") and is subject to forfeiture under 18 U.S.C. §§ 981(a)(1)(A) and (C), on the grounds that they represent direct or indirect proceeds traceable to violations of 18 U.S.C. §§ 1349 (Conspiracy to Commit Health Care Fraud), 1347 (Health Care Fraud), 1343 (Wire Fraud), 1956(h) (Conspiracy to Commit Money

Laundering), and 1956 and 1957 (Money Laundering), and/or were involved in, and/or used to facilitate violations of §§ 1956 and 1957.

## THE DEFENDANT *IN REM*

2. The Defendant Property includes the following assets:

| Asset ID | Property Description |
|---|---|
| TBD | $2,888,935.71 U.S. Currency seized on May 12, 2026, from First United Bank & Trust Account x8750, held in the name of Texas Clinical Laboratory, LLC |
| TBD | $1,179,267.86 U.S. Currency seized on May 19, 2026, from PNC Bank Account x1722, held in the name of Texas Clinical Laboratory, LLC |
| TBD | $75,798.42 U.S. Currency seized on May 12, 2026, from Bank of America Account x4064, held in the name of Texas Clinical Laboratory, LLC |
| TBD | $593,192.62 U.S. Currency seized on May 12, 2026, from Wells Fargo Bank Account x0433, held in the name of Texas Clinical Laboratory, LLC |

The Federal Bureau of Investigation ("FBI") seized all four defendant properties pursuant to federal seizure warrants. The Wells Fargo account was opened in Tucson, Arizona; the other three accounts were opened in Denton, Texas.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over an action commenced by the United States pursuant to 28 U.S.C. § 1345, and over an action for forfeiture *in rem* under 28 U.S.C. § 1355.

4. Venue is proper in the Sherman Division of the Eastern District of Texas pursuant to 28 U.S.C. §§ 1355(b)(1)(A) and (B) and 1395(a), (b), and (c), because at least

some of the acts and/or omissions giving rise to the forfeiture occurred in this district and each of the Defendant Properties were seized or brought into in this district.

**BASIS FOR FORFEITURE**

5. Section 981(a)(1)(C) of Title 18, United States Code, makes subject to forfeiture "[a]ny property … which constitute or is derived from proceeds to [violations of specific sections, or any offense constituting "specified unlawful activity" [as defined in section 1956(c)(7) of this title, which includes 18 U.S.C. §§ 1347 and 1349 ("any act or activity constituting an offense involving a Federal health care offense," pursuant to §1956(c)(7)(F)), 1343, 1956, and 1957 (wire fraud, and money laundering, international money laundering, and conspiracy to commit money laundering, and the "spending statute," or a conspiracy to commit such offense, pursuant to § 1961(1) via § 1956(c)(7)(A)."

6. Section 981(a)(1)(A) of Title 18, United States Code, makes subject to forfeiture "[a]ny property, real or personal, involved in a transaction or attempted transaction in violation of section 1956 [money laundering, international money laundering, and conspiracy to commit money laundering], 1957 [spending statute], or 1960 of the title, or any property traceable to such property.

**FACTS AND CIRCUMSTANCES**

7. A detailed account of the facts and circumstances supporting the forfeiture of the Defendant Property is set out in United States FBI Special Agent Lauren C. Gil's declaration, attached hereto as Exhibit "A", and incorporated herein by reference.

**CLAIM FOR RELIEF**
**(18 U.S.C. §§ 981(a)(1)(A) and (C))**

12. Paragraphs 1 through 11 above are incorporated by reference as if fully set forth herein.

13. The Defendant Property constitutes property involved in violations of 18 U.S.C. §§ 1343, 1347, 1349, 1956, or 1957 or a conspiracy to commit such offense and constitutes property that was involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956 or 1957, and is therefore forfeitable to the United States of America under 18 U.S.C. §§ 981(a)(1)(A) and (C).

**RESPECTFULLY SUBMITTED**, this the 22nd day of July 2026,

JAY R. COMBS
UNITED STATES ATTORNEY

By: */s/ J. Kevin McClendon*
J. Kevin McClendon
Assistant United States Attorney
Texas Bar No. 13408620
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
kevin.mcclendon@usdoj.gov

**CERTIFICATION OF FILING OF MOTION TO SEAL**

Pursuant to Local Rule CV-5(a)(7)(A), undersigned counsel certifies that on July 22, 2026, Plaintiff filed a Motion to Seal Affidavit Supporting the Complaint for Forfeiture In Rem. [Doc. #2]

/s/ Kevin McClendon
KEVIN MCCLENDON
Assistant United States Attorney

**VERIFICATION**

I, Lauren C. Gil, hereby verify and declare under penalty of perjury that I am an FBI Special Agent, that I have read the foregoing Verified Complaint for Forfeiture *in rem* and know the contents thereof, and that the matters contained in the Verified Complaint for Forfeiture *in rem* are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States of America, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as an FBI Special Agent.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated this the 22nd day of July 2026.

LAUREN C. GIL
Special Agent
United States Federal Bureau of Investigation