# Affidavit Supporting the
# Complaint for Forfeiture In Rem
# Filed Under Seal